IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| OFFICE PROPERTIES INCOME TRUST, *et al.*, | Case No. 25-90530 (CML) |
| Debtors.[1] | (Joint Administration Requested) |

---

## NOTICE OF DESIGNATION AS COMPLEX BANKRUPTCY CASE

On October 30, 2025, the debtors in possession in the above-captioned cases (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "***Court***").  The undersigned proposed counsel believes that these chapter 11 cases qualify as complex cases because:

  __X__   The total liabilities of the Debtors exceed $10 million.

  __X__   There are more than 50 parties-in-interest in these cases.

  __X__   Claims against the Debtors are publicly traded.

  _____   Other

Accordingly, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as may be just and proper.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/OPI.  The Debtors' mailing address is Two Newton Place, 255 Washington Street, Suite 300, Newton, Massachusetts 02458-1634.

Dated: October 30, 2025
        Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Anupama Yerramalli (NY Bar No. 4645859)
Ashley Gherlone Pezzi (NY Bar No. 5754213)
Anthony Joseph (IL Bar No. 6329886)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email:   ray.schrock@lw.com
          andrew.parlen@lw.com
          anu.yerramalli@lw.com
          ashley.pezzi@lw.com
          anthony.joseph@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

**CERTIFICATE OF SERVICE**

    I certify that on October 30, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                */s/ Timothy A. ("Tad") Davidson II*
                                                Timothy A. ("Tad") Davidson II