# Exhibit A

**Accounts**[1]

---

[1] All account balances shown reflect amounts as of the end of day on October 30, 2025.

| Entity | Bank Name | Account Number (Last 4) | Account Designation | Approximate Balance[2] |
|---|---|---|---|---|
| TRS | PNC Bank, National Association | x4996 | Property Level Operating Account | $ - |
| TRS Sonesta International Hotels Corporation | PNC Bank, National Association | x3377 | Property Level Operating Account | $ 1,067,124 |
| TRS Sonesta International Hotels Corporation | PNC Bank, National Association | x3385 | Property Level Operating Account | $ 135,656 |
| 440 First Street LLC | PNC Bank, National Association | x0562 | Property Level Operating Account | $ 733,488 |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0091 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0104 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0112 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0139 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0147 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0155 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0171 | Lockbox Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x0198 | Main Operating Account | $ 2,606,082 |
| Government Properties Income Trust LLC | PNC Bank, National Association | x1861 | Liquidity Account | $ - |
| Government Properties Income Trust LLC | PNC Bank, National Association | x4078 | State Reserve Account | $ 27,097 |
| Office Properties Income Trust | Clear Street, LLC | x2674 | Dormant Account | $ - |
| Office Properties Income Trust | PNC Bank, National Association | x0219 | Main Operating Account | $ 17,363,515 |
| Office Properties Income Trust | PNC Bank, National Association | x0641 | Main Operating Account | $ - |
| Office Properties Income Trust | PNC Capital Markets LLC | x0000 | Investment Account | $ - |
| Office Properties Income Trust GOV Lake Fairfax, Inc. | PNC Bank, National Association | x6522 | Dormant Account | $ - |
| Office Properties Income Trust | PNC Bank, National Association | x9082 | Utility Adequate Assurance Account | $ - |
| Office Properties Income Trust | PNC Bank, National Association | x9103 | Professional Fee Reserve Account | $ - |
| Office Properties Income Trust | PNC Bank, National Association | x9504 | DIP Proceeds Account | $ - |

---

[2]   This balance includes cash held in the main hotel operating account for the benefit of TRS but controlled by Sonesta pursuant to the Sonesta Management Agreement.

2

| Entity | Bank Name | Account Number (Last 4) | Account Designation | Approximate Balance[2] |
|---|---|---|---|---|
| OPI 25 Exchange LLC | PNC Bank, National Association | x6615 | Post-Petition Operating Account | $ - |
| OPI BND Properties LLC | PNC Bank, National Association | x6551 | Post-Petition Operating Account | $ - |
| OPI Notex Properties LLC | PNC Bank, National Association | x6607 | Post-Petition Operating Account | $ - |
| OPI WF Owner LLC | PNC Bank, National Association | x0589 | Property Level Operating Account | $ 8,801,934 |
| SIR Colorado Springs LLC | PNC Bank, National Association | x9491 | Property Level Operating Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0227 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0235 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0243 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0278 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0286 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0294 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0307 | Lockbox Account | $ - |
| SIR Properties Trust | PNC Bank, National Association | x0315 | Property Level Operating Account | $ - |