**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x
                                :

In re:                             :    Chapter 11
                                :

OFFICE PROPERTIES INCOME TRUST, *et al.*,  :    Case No. 25-90530 (CML)
                                :

            Debtors.[1]           :    (Jointly Administered)
                                :
---------------------------------------------------------- x

**VERIFIED STATEMENT OF THE AD HOC GROUP OF**
**SEPTEMBER 2029 NOTEHOLDERS PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), White & Case LLP ("**Counsel**") hereby submits this verified statement (including exhibits, this "**Statement**") in connection with Counsel's representation of an ad hoc group (the "**Ad Hoc Group of September 2029 Noteholders**") of noteholders, or investment advisors, sub-advisors, or managers of funds or discretionary accounts that hold certain 9.000% senior secured notes due September 2029 with an aggregate outstanding principal amount of $567,429,000.00 (the "**September 2029 Notes**") issued under that certain indenture, dated as of June 20, 2024, by and between Office Properties Income Trust ("**OPI**" and, together with its affiliated debtors and debtors in possession, the "**Debtors**"), as the issuer, the subsidiary guarantor parties thereto, and U.S. Bank Trust Company, National Association, a national banking association, as indenture trustee and collateral agent (the "**September 2029 Indenture**").

---

[1]    A complete list of the Debtors in the chapter 11 cases (the "**Chapter 11 Cases**") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/opi/.  The Debtors' mailing address is Two Newton Place, 255 Washington Street, Suite 300, Newton, Massachusetts 02458-1634.

1.      In June 2025, the Ad Hoc Group of September 2029 Noteholders retained White & Case LLP to represent their interests in connection with these Chapter 11 Cases.

2.      Each member of the Ad Hoc Group of September 2029 Noteholders has indicated to Counsel that it holds disclosable economic interests, or acts as investment manager or advisor to funds and/or accounts that hold disclosable economic interests, in relation to the Debtors.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Group of September 2029 Noteholders, the names, addresses, nature, and amount of all disclosable economic interests of each present member of the Ad Hoc Group of September 2029 Noteholders in relation to the Debtors is set forth in **Exhibit A** attached hereto.

3.      Nothing contained in this Statement is intended or shall be construed to constitute (i) a waiver or release of any claims against or equity interests in the Debtors by any of the members of the Ad Hoc Group of September 2029 Noteholders or any of their respective affiliates, (ii) an admission with respect to any fact or legal theory, or (iii) a limitation or waiver of any rights of any members of the Ad Hoc Group of September 2029 Noteholders or any of their respective affiliates to assert, file, and/or amend any claim or proof of claim in accordance with applicable law and any orders entered in these Chapter 11 Cases.

4.      The information contained in this Statement is provided only for the purposes of complying with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

5.      Counsel reserves the right to amend or supplement this Statement as may be necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

6.      The undersigned verifies that the foregoing is true and accurate to the best of the undersigned's knowledge and belief.

Dated: October 31, 2025
      Houston, Texas

Respectfully submitted,

/s/ Charles R. Koster
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

- and -

Brian Pfeiffer (*pro hac vice* forthcoming)
Glenn Kurtz (*pro hac vice* forthcoming)
Andrew Costello (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  brian.pfeiffer@whitecase.com
       gkurtz@whitecase.com
       andrew.costello@whitecase.com

- and -

Aaron E. Colodny (*pro hac vice* forthcoming)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

- and -

Adam Swingle (*pro hac vice* forthcoming)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  adam.swingle@whitecase.com

*Counsel to the Ad Hoc Group of*
*September 2029 Noteholders*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 31, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Charles R. Koster*
Charles R. Koster