IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>OFFICE PROPERTIES INCOME TRUST, *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 25-90530 (CML)<br>)<br>) (Jointly Administered)<br>) |

**VERIFIED STATEMENT PURSUANT TO
BANKRUPTCY RULE 2019 OF THE MARCH 2029 AD HOC GROUP**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by Office Properties Income Trust, ("OPI") and the other above-captioned debtors (the "Debtors"), Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") and Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt", and together with Paul, Weiss, "Counsel") hereby submit this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with Counsel's representation of the ad hoc group (the "March 2029 Ad Hoc Group") of unaffiliated holders, investment advisors, sub-advisors, or managers of accounts (each, a "Member") that hold (a) 9.000% Senior Secured Notes due 2029 issued under that certain Indenture, dated as of February 12, 2024, by and among Office Properties Income Trust, as issuer, certain guarantors party thereto, and U.S. Bank Trust Company, National Association, as trustee and collateral agent (as amended, restated, supplemented, or otherwise modified from time to time) (the "9.000% March 2029 Secured Notes"), (b) 9.000% Senior Secured Notes due 2029 issued under those certain Indentures, dated as of June 20, 2024 and October 8, 2024, by and among Office Properties Income Trust, as issuer, certain guarantors

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/OPI. The Debtors' mailing address is Two Newton Place, 255 Washington Street, Suite 300, Newton, Massachusetts 02458-1634.

party thereto, and U.S. Bank Trust Company, National Association, as trustee and collateral agent (as amended, restated, supplemented, or otherwise modified from time to time) (the "9.000% September 2029 Secured Notes"), (c) 3.250% Senior Secured Notes due 2027 issued under that certain Indenture, dated as of December 11, 2024, by and among Office Properties Income Trust, as issuer, certain guarantors party thereto, and U.S. Bank Trust Company, National Association, as trustee and collateral agent (as amended, restated, supplemented, or otherwise modified from time to time) (the "3.250% March 2027 Secured Notes"), and (d) a short position in OPI's common equity interests (the "Equity Interests" and collectively with the 9.000% March 2029 Secured Notes, the 9.000% September 2029 Secured Notes, and the 3.250% March 2027 Secured Notes, the "Claims and Interests"), and respectfully state as follows:

1. In August 2025, the March 2029 Ad Hoc Group engaged Paul, Weiss in connection with the Members' holdings of the Claims and Interests. In or around October 2025, the March 2029 Ad Hoc Group also retained Munsch Hardt to serve as its co-counsel.

2. The Members of the March 2029 Ad Hoc Group, collectively, beneficially own, manage, or control (or are the investment advisors or managers for funds or entities that beneficially own, manage, or control) approximately (a) $200,671,000.00 in aggregate principal amount of the 9.000% March 2029 Secured Notes, (b) $12,475,000.00 in aggregate principal amount of the 9.000% September 2029 Secured Notes, (c) $14,008,000.00 in aggregate principal amount of the 3.250% March 2027 Secured Notes, and (d) a short position in OPI's common equity interest representing 3,000,000 common shares, each as set forth on **Exhibit A** hereto.

3. In accordance with Bankruptcy Rule 2019, the address, nature, and amount of all disclosable economic interests of each Member of the March 2029 Ad Hoc Group is set forth in **Exhibit A** hereto. The information contained in **Exhibit A** is based upon information provided by

the Members of the March 2029 Ad Hoc Group to Counsel as of October 29, 2025 (as certified to Counsel by each Member) and is subject to change.

4. Counsel do not represent or purport to represent (a) any Member of the March 2029 Ad Hoc Group in its individual capacity or (b) any party other than the March 2029 Ad Hoc Group in these Chapter 11 Cases. Upon information and belief formed after due inquiry, Counsel do not currently hold any claim against, or interest in, the Debtors or their estates. In addition, as of the date of this Verified Statement, the March 2029 Ad Hoc Group does not, either collectively or through its individual Members, represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases.

5. The information contained in this Verified Statement and **Exhibit A** hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

6. Nothing in this Verified Statement, including **Exhibit A** hereto, is intended to or should be construed to constitute: (i) a waiver or release of any claims or interests against the Debtors by any Member of the March 2029 Ad Hoc Group; (ii) an admission with respect to any fact or legal theory; or (iii) an amendment to, or restatement of, any proof of claim or interest in the Debtors. Nothing herein should be construed as a limitation upon, or a waiver of, any Member's right to assert, file, and/or amend a proof of claim in accordance with applicable law and any orders entered in these Chapter 11 Cases.

7. The information contained in **Exhibit A** is based upon information provided by the applicable Members of the March 2029 Ad Hoc Group. Counsel do not make any representation regarding the validity, amount, allowance, or priority of such claims, and reserve all rights with respect thereto.

8. The March 2029 Ad Hoc Group and Counsel reserve the right to amend or supplement this Verified Statement as necessary in accordance with Bankruptcy Rule 2019.

9. The undersigned hereby verifies under oath that this Verified Statement is true and accurate to the best of the undersigned's knowledge, information, and belief.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 3, 2025  
Houston, Texas

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/  *John D. Cornwell*  
John D. Cornwell  
Texas Bar No. 24050450  
Alexander R. Perez  
Texas Bar No. 24074879  
700 Milam St., Suite 800  
Houston, TX 77002  
Telephone: (713) 222-1470  
Fascimile:  (713) 222-1475  
Email:       jcornwell@munsch.com  
                  arperez@munsch.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**  
Sung Pak (*pro hac vice* pending)  
William A. Clareman (*pro hac vice* pending)  
Robert A. Britton (*pro hac vice* pending)  
Luxiang Wang (*pro hac vice* pending)  
1285 Avenue of the Americas  
New York, NY 10019  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990  
Email:       spak@paulweiss.com  
                  wclareman@paulweiss.com  
                  rbritton@paulweiss.com  
                  lwang@paulweiss.com

*Counsel to the March 2029 Ad Hoc Group*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 3, 2025, he caused a true and correct copy of the foregoing *Verified Statement* to be served electronically on those parties requesting electronic service through the Court's ECF system.

                                        */s/ John D. Cornwell*
                                        John D. Cornwell
                                        Texas Bar No. 24050450

**EXHIBIT A**[1]

**Disclosable Economic Interests of the Members of the March 2029 Ad Hoc Group**

| Name | Address | 9.000% March 2029 Secured Notes | 9.000% September 2029 Secured Notes | 3.250% March 2027 Secured Notes | Equity Interests |
|---|---|---|---|---|---|
| Axebrook Capital LLP | 33 Cavendish Square, London, W1G 0PW, United Kingdom | $30,867,000.00 | $15,975,000.00 | | |
| Citadel Mult-Asset Master Fund Ltd. | c/o Citadel Enterprise Americas LLC, 830 Brickell Plaza, Miami, FL 33131 | $16,466,000.00 | | | Short position representing 3,000,000 common shares |
| Citigroup Global Markets, Inc., solely with regards to its North America High Yield Credit Trading Desk | 388 Greenwich Street, New York NY 10013. | $6,250,000.00 | | | |
| FourSixThree Capital LP (on behalf of certain funds and accounts) | 520 Madison Ave, 19th Floor New York, NY 10022 | $35,500,000.00 | | | |
| Certain funds and accounts managed by Oak Hill Advisors, L.P. | c/o Oak Hill Advisors, L.P. One Vanderbilt Ave., 16th Floor New York, NY 10017 | $29,300,000.00 | | | |
| Point72 Global Macro Investments, LLC | 72 Cummings Point Rd Stamford, CT 06902 | $57,288,000.00 | | $14,008,000.00 | |
| Taconic Capital Advisors L.P. | 280 Park Avenue 5th Floor New York, NY 10017 | $25,000,000.00 | | | |
| **Total** | N/A | **$200,671,000.00** | **$15,975,000.00** | **$14,008,000.00** | |

---

[1] Each entity on this **Exhibit A** holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, accounts, and/or their respective subsidiaries that hold disclosable economic interests, in relation to these Chapter 11 Cases. In addition, the amounts set forth herein may include, in certain circumstances, disclosable economic interests that are subject to pending trades, assignments, or other transfers that have not settled or otherwise been closed as of the date hereof. To the best of Counsel's knowledge, the information included herein is accurate as of November 3, 2025. Amounts listed on this **Exhibit A** do not include any (a) claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make whole amounts or other similar premiums or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document or (b) any other claims or causes of action of the members of the March 2029 Ad Hoc Group related to the Claims and Interests. Nothing contained in this Verified Statement (including **Exhibit A**) is intended to or should be construed as a limitation upon, or waiver of any right to assert, file and/or amend such claims or causes of action in accordance with applicable law.